# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wes Colby Hicks, | No. CV-25-08025-PCT-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| City of Cottonwood, et al., | |
| Defendants. | |

On February 9, 2026, Magistrate Judge John Z. Boyle issued a Report and Recommendation ("R&R") recommending that this Court deny Plaintiff's Motion for Leave to File First Amended Complaint. (Doc. 24.) Judge Boyle notified the parties they had fourteen (14) days to file any written objections to the proposed findings and recommendation. (Doc. 24 at 8.) Neither party filed an objection, and the time to do so has passed.

A district court is not required to review conduct "any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). "[T]he court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), Advisory Committee Notes 1983 Addition. A district judge may "accept, reject, or modify, in whole or in part, the findings or recommendations" of the magistrate judge. 28 U.S.C. § 636(b)(1).

The Court reviewed the R&R and the record. The Court finds no clear error and agrees with the findings and recommendation.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 24) is **adopted**.

**IT IS THUS ORDERED denying** Plaintiff's Motion for Leave to File First Amended Complaint (Doc. 21).

Dated this 18th day of June, 2026.

Honorable Susan M. Brnovich
United States District Judge

- 2 -